**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**VS.**                    **NO. 4:14CR248-11-BSM**

**SARAH BETH ROSE**                                          **DEFENDANT**

**ORDER**

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release.  (Docket entry #243)  For good cause shown, the motion for issuance of summons is GRANTED.  The Clerk is directed to issue summons and deliver to the United States Marshal for service upon Defendant Sarah Beth Rose for appearance at a hearing before United States Magistrate Judge Beth Deere on June 3, 2015, at 2:00 p.m. to show cause why her pretrial release should not be revoked.

IT IS SO ORDERED this 27th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE